**The People of the State of Illinois, Defendant in Error, v. Michael Krizanovic, Plaintiff in Error.**

**Gen. No. 48,579.**

First District, Third Division.
January 10, 1962.
Rehearing denied January 29, 1962.

Bellows, Bellows & Magidson, of Chicago, for plaintiff in error; Daniel P. Ward, State's Attorney of Cook County (John T. Gallagher and Dean H. Bilton, Assistant State's Attorneys, of counsel), for defendant in error. Opinion by JUSTICE DEMPSEY. Not to be published in full.